# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Benitez, Roger T**

Report Year: 2019

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/ Benitez, Roger T [electronically signed on 04/28/2020 by Benitez, Roger T in JEFS]**

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Thomas Jefferson School of Law | University/College | Board of Trustees-Corporate Secretary |
| 2 | Association of Business Trial Lawyers of San Diego | Non-Profit | Board of Trustees |
| 3 | Family Trust | Trust | Trustee |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | California State Teachers Retirement | |

# IV. Reimbursements

None

# V. Gifts

None

---

# VI. Liabilities

| # | CREDITOR | TYPE | VALUE |
|---|----------|------|-------|
| 1 | Quicken Home Loans | Mortgage on rental property | $100,001 - $250,000 |

# VII. Investments and Trusts

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|-------------|---------------|-------------|--------------------------|--------------|-------------|-------------|--------------|
| 1 | Parcel 4 Salton City, Ca | | None | $1 - $15,000 | Estimated | | | |
| 2 | Parcel 5 San Diego, CA | $15,001 - $50,000 | Rent | $500,001 - $1,000,000 | Estimated | | | |
| 3 | Note (X)- Steve and Anna Seibert | $15,001 - $50,000 | Interest | $100,001 - $250,000 | Cash Market | | | |
| 4 | Northern Life Annuity/ING now VOYA TSA group1 | $1,001 - $2,500 | Interest | $50,001 - $100,000 | Cash Market | | | |
| 5 | Ameritrade Account #1 | | | | | | | |
| 5.1 | Sweep Account - TD Bank | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| 5.2 | Annaly Capital- NLY | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 5.2.1 | Annaly Capital- NLY | | | | | Sold | 04/12/2019 | $15,000 or less |
| 5.2.2 | Annaly Capital- NLY | | | | | Purchased | 05/03/2019 | $15,000 or less |
| 5.2.3 | Annaly Capital- NLY | | | | | Purchased | 05/03/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.2.4 | Annaly Capital- NLY | | | | | Purchased | 06/04/2019 | $15,000 or less |
| 5.2.5 | Annaly Capital- NLY | | | | | Purchased | 06/05/2019 | $15,000 or less |
| 5.2.6 | Annaly Capital- NLY | | | | | Purchased | 07/16/2019 | $15,000 or less |
| 5.2.7 | Annaly Capital- NLY | | | | | Purchased | 08/21/2019 | $15,000 or less |
| 5.2.8 | Annaly Capital- NLY | | | | | Purchased | 09/12/2019 | $15,000 or less |
| 5.2.9 | Annaly Capital- NLY | | | | | Purchased | 09/13/2019 | $15,000 or less |
| 5.2.10 | Annaly Capital- NLY | | | | | Sold | 12/09/2019 | $15,000 or less |
| 5.3 | Alibaba Group Holding LTD-common-BABA | None | None | $100,001 - $250,000 | Cash Market | | | |
| 5.3.1 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 03/06/2019 | $15,001 - $50,000 |
| 5.3.2 | Alibaba Group Holding LTD-common-BABA | | | | | Sold | 03/28/2019 | $50,001 - $100,000 |
| 5.3.3 | Alibaba Group Holding LTD-common-BABA | | | | | Sold | 04/01/2019 | $100,001 - $250,000 |
| 5.3.4 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 04/03/2019 | $15,001 - $50,000 |
| 5.3.5 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 04/23/2019 | $15,001 - $50,000 |
| 5.3.6 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 04/26/2019 | $15,001 - $50,000 |
| 5.3.7 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 04/29/2019 | $15,001 - $50,000 |
| 5.3.8 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 05/07/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.3.9 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 06/18/2019 | $15,001 - $50,000 |
| 5.3.10 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 07/17/2019 | $15,001 - $50,000 |
| 5.3.11 | Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 08/06/2019 | $15,001 - $50,000 |
| 5.3.12 | Alibaba Group Holding LTD-common-BABA | | | | | Sold | 09/05/2019 | $15,001 - $50,000 |
| 5.3.13 | Alibaba Group Holding LTD-common-BABA | | | | | Sold | 09/11/2019 | $15,001 - $50,000 |
| 5.4 | Regions Financial Corp | $1,000 or less | Gain | None | Cash Market | | | |
| 5.4.1 | Regions Financial Corp | | | | | Sold | 02/12/2019 | $15,000 or less |
| 5.5 | Advanced Micro Devices Inc | $15,001 - $50,000 | Gain | None | Cash Market | | | |
| 5.5.1 | Advanced Micro Devices Inc | | | | | Purchased | 01/18/2019 | $15,000 or less |
| 5.5.2 | Advanced Micro Devices Inc | | | | | Sold | 02/12/2019 | $15,000 or less |
| 5.5.3 | Advanced Micro Devices Inc | | | | | Purchased | 04/08/2019 | $15,000 or less |
| 5.5.4 | Advanced Micro Devices Inc | | | | | Purchased | 04/11/2019 | $15,000 or less |
| 5.5.5 | Advanced Micro Devices Inc | | | | | Purchased | 04/12/2019 | $15,000 or less |
| 5.5.6 | Advanced Micro Devices Inc | | | | | Purchased | 04/17/2019 | $15,000 or less |
| 5.5.7 | Advanced Micro Devices Inc | | | | | Sold | 06/11/2019 | $15,001 - $50,000 |
| 5.5.8 | Advanced Micro Devices Inc | | | | | Purchased | 06/11/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.5.9 | Advanced Micro Devices Inc | | | | | Sold | 07/29/2019 | $15,000 or less |
| 5.5.10 | Advanced Micro Devices Inc | | | | | Purchased | 06/05/2019 | $15,000 or less |
| 5.6 | General Electric Co | $1,000 or less | Gain | None | Cash Market | | | |
| 5.6.1 | General Electric Co | | | | | Purchased | 01/18/2019 | $15,000 or less |
| 5.6.2 | General Electric Co | | | | | Purchased | 01/31/2019 | $15,000 or less |
| 5.6.3 | General Electric Co | | | | | Sold | 02/12/2019 | $15,000 or less |
| 5.7 | United Technologies Corp | None | None | $15,001 - $50,000 | Cash Market | | | |
| 5.7.1 | United Technologies Corp | | | | | Purchased | 01/18/2019 | $15,000 or less |
| 5.7.2 | United Technologies Corp | | | | | Purchased | 01/31/2019 | $15,000 or less |
| 5.7.3 | United Technologies Corp | | | | | Purchased | 02/13/2019 | $15,000 or less |
| 5.7.4 | United Technologies Corp | | | | | Sold | 03/20/2019 | $15,001 - $50,000 |
| 5.7.5 | United Technologies Corp | | | | | Purchased | 04/02/2019 | $15,001 - $50,000 |
| 5.7.6 | United Technologies Corp | | | | | Purchased | 04/11/2019 | $15,000 or less |
| 5.7.7 | United Technologies Corp | | | | | Sold | 04/23/2019 | $15,001 - $50,000 |
| 5.7.8 | United Technologies Corp | | | | | Purchased | 08/15/2019 | $15,000 or less |
| 5.7.9 | United Technologies Corp | | | | | Purchased | 08/15/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.7.10 | United Technologies Corp | | | | | Purchased | 11/08/2019 | $15,000 or less |
| 5.8 | Southwest Airlines Co | None | None | None | Cash Market | | | |
| 5.8.1 | Southwest Airlines Co | | | | | Purchased | 01/25/2019 | $15,000 or less |
| 5.8.2 | Southwest Airlines Co | | | | | Sold | 03/15/2019 | $15,000 or less |
| 5.8.3 | Southwest Airlines Co | | | | | Purchased | 04/24/2019 | $15,001 - $50,000 |
| 5.8.4 | Southwest Airlines Co | | | | | Purchased | 06/10/2019 | $15,000 or less |
| 5.8.5 | Southwest Airlines Co | | | | | Sold | 06/27/2019 | $15,000 or less |
| 5.8.6 | Southwest Airlines Co | | | | | Sold | 07/01/2019 | $15,000 or less |
| 5.8.7 | Southwest Airlines Co | | | | | Sold | 07/12/2019 | $15,000 or less |
| 5.9 | Exelixis, Inc. - Common Stock | $1,000 or less | Gain | None | Cash Market | | | |
| 5.9.1 | Exelixis, Inc. - Common Stock | | | | | Purchased | 01/31/2019 | $15,000 or less |
| 5.9.2 | Exelixis, Inc. - Common Stock | | | | | Purchased | 03/06/2019 | $15,000 or less |
| 5.9.3 | Exelixis, Inc. - Common Stock | | | | | Sold | 03/15/2019 | $15,000 or less |
| 5.10 | General Mills Inc | None | None | None | Cash Market | | | |
| 5.10.1 | General Mills Inc | | | | | Purchased | 02/12/2019 | $15,000 or less |
| 5.10.2 | General Mills Inc | | | | | Purchased | 02/15/2019 | $15,000 or less |
| 5.10.3 | General Mills Inc | | | | | Purchased | 02/15/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.10.4 | General Mills Inc | | | | | Purchased | 03/21/2019 | $15,000 or less |
| 5.10.5 | General Mills Inc | | | | | Purchased | 03/27/2019 | $15,000 or less |
| 5.10.6 | General Mills Inc | | | | | Purchased | 04/16/2019 | $15,000 or less |
| 5.10.7 | General Mills Inc | | | | | Purchased | 04/17/2019 | $15,000 or less |
| 5.10.8 | General Mills Inc | | | | | Sold | 04/23/2019 | $50,001 - $100,000 |
| 5.11 | KALA Pharmaceuticals, Inc | $1,000 or less | Gain | None | Cash Market | | | |
| 5.11.1 | KALA Pharmaceuticals, Inc | | | | | Purchased | 02/12/2019 | $15,000 or less |
| 5.11.2 | KALA Pharmaceuticals, Inc | | | | | Sold | 03/04/2019 | $15,000 or less |
| 5.12 | Cytori Therapeutics Inc - Common Stock | None | None | None | Cash Market | | | |
| 5.12.1 | Cytori Therapeutics Inc - Common Stock | | | | | Purchased | 02/14/2019 | $15,000 or less |
| 5.12.2 | Cytori Therapeutics Inc - Common Stock | | | | | Sold | 03/04/2019 | $15,000 or less |
| 5.13 | Berkshire Hathaway Inc | $1,000 or less | Gain | None | Cash Market | | | |
| 5.13.1 | Berkshire Hathaway Inc | | | | | Purchased | 03/07/2019 | $15,001 - $50,000 |
| 5.13.2 | Berkshire Hathaway Inc | | | | | Purchased | 03/15/2019 | $15,001 - $50,000 |
| 5.13.3 | Berkshire Hathaway Inc | | | | | Sold | 04/01/2019 | $15,001 - $50,000 |
| 5.14 | Direxion Daily Gold Miners Inde | $1,001 - $2,500 | Gain | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.14.1 | Direxion Daily Gold Miners Inde | | | | | Purchased | 03/07/2019 | $15,000 or less |
| 5.14.2 | Direxion Daily Gold Miners Inde | | | | | Sold | 03/13/2019 | $15,000 or less |
| 5.15 | Hainebrand Inc | None | None | None | Cash Market | | | |
| 5.15.1 | Hainebrand Inc | | | | | Purchased | 03/11/2019 | $15,000 or less |
| 5.15.2 | Hainebrand Inc | | | | | Purchased | 03/27/2019 | $15,000 or less |
| 5.15.3 | Hainebrand Inc | | | | | Purchased | 04/16/2019 | $15,000 or less |
| 5.15.4 | Hainebrand Inc | | | | | Sold | 04/23/2019 | $15,001 - $50,000 |
| 5.15.5 | Hainebrand Inc | | | | | Purchased | 07/19/2019 | $15,000 or less |
| 5.15.6 | Hainebrand Inc | | | | | Purchased | 07/19/2019 | $15,000 or less |
| 5.15.7 | Hainebrand Inc | | | | | Purchased | 08/02/2019 | $15,000 or less |
| 5.15.8 | Hainebrand Inc | | | | | Sold | 08/21/2019 | $15,000 or less |
| 5.16 | Roche Holdings AG | None | None | None | Cash Market | | | |
| 5.16.1 | Roche Holdings AG | | | | | Purchased | 03/27/2019 | $15,000 or less |
| 5.16.2 | Roche Holdings AG | | | | | Purchased | 04/12/2019 | $15,000 or less |
| 5.16.3 | Roche Holdings AG | | | | | Sold | 04/17/2019 | $15,000 or less |
| 5.17 | Honeywell Intl Inc | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.17.1 | Honeywell Intl Inc | | | | | Purchased | 04/04/2019 | $15,001 - $50,000 |
| 5.17.2 | Honeywell Intl Inc | | | | | Sold | 04/24/2019 | $15,001 - $50,000 |
| 5.17.3 | Honeywell Intl Inc | | | | | Purchased | 04/25/2019 | $15,001 - $50,000 |
| 5.17.4 | Honeywell Intl Inc | | | | | Purchased | 05/07/2019 | $15,001 - $50,000 |
| 5.17.5 | Honeywell Intl Inc | | | | | Purchased | 08/02/2019 | $15,001 - $50,000 |
| 5.17.6 | Honeywell Intl Inc | | | | | Sold | 08/05/2019 | $15,001 - $50,000 |
| 5.17.7 | Honeywell Intl Inc | | | | | Sold | 09/19/2019 | $15,001 - $50,000 |
| 5.17.8 | Honeywell Intl Inc | | | | | Purchased | 09/23/2019 | $15,001 - $50,000 |
| 5.17.9 | Honeywell Intl Inc | | | | | Purchased | 09/23/2019 | $15,001 - $50,000 |
| 5.17.10 | Honeywell Intl Inc | | | | | Purchased | 11/18/2019 | $15,001 - $50,000 |
| 5.18 | Costco | None | None | None | Cash Market | | | |
| 5.18.1 | Costco | | | | | Purchased | 04/08/2019 | $15,001 - $50,000 |
| 5.18.2 | Costco | | | | | Purchased | 04/11/2019 | $15,001 - $50,000 |
| 5.18.3 | Costco | | | | | Sold | 05/01/2019 | $15,001 - $50,000 |
| 5.18.4 | Costco | | | | | Purchased | 08/29/2019 | $15,001 - $50,000 |
| 5.18.5 | Costco | | | | | Sold | 12/06/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.19 | Fluor Corp | $1,000 or less | Gain, Dividend | None | Cash Market | | | |
| 5.19.1 | Fluor Corp | | | | | Purchased | 06/11/2019 | $15,000 or less |
| 5.19.2 | Fluor Corp | | | | | Purchased | 06/10/2019 | $15,000 or less |
| 5.19.3 | Fluor Corp | | | | | Purchased | 07/16/2019 | $15,000 or less |
| 5.19.4 | Fluor Corp | | | | | Sold | 07/30/2019 | $15,001 - $50,000 |
| 5.19.5 | Fluor Corp | | | | | Purchased | 08/20/2019 | $15,000 or less |
| 5.19.6 | Fluor Corp | | | | | Purchased | 09/13/2019 | $15,000 or less |
| 5.19.7 | Fluor Corp | | | | | Sold | 09/20/2019 | $15,000 or less |
| 5.19.8 | Fluor Corp | | | | | Purchased | 12/02/2019 | $15,000 or less |
| 5.19.9 | Fluor Corp | | | | | Sold | 12/26/2019 | $15,000 or less |
| 5.20 | Valero Energy Corp | None | None | None | Cash Market | | | |
| 5.20.1 | Valero Energy Corp | | | | | Purchased | 04/16/2019 | $15,001 - $50,000 |
| 5.20.2 | Valero Energy Corp | | | | | Purchased | 04/17/2019 | $15,000 or less |
| 5.20.3 | Valero Energy Corp | | | | | Sold | 04/24/2019 | $15,001 - $50,000 |
| 5.21 | Qual Comm Inc | None | None | None | Cash Market | | | |
| 5.21.1 | Qual Comm Inc | | | | | Purchased | 04/23/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.21.2 | Qual Comm Inc | | | | | Purchased | 05/07/2019 | $15,000 or less |
| 5.21.3 | Qual Comm Inc | | | | | Sold | 08/01/2019 | $15,001 - $50,000 |
| 5.22 | Apple Inc. | None | None | None | Cash Market | | | |
| 5.22.1 | Apple Inc. | | | | | Purchased | 04/26/2019 | $15,001 - $50,000 |
| 5.22.2 | Apple Inc. | | | | | Sold | 05/17/2019 | $15,001 - $50,000 |
| 5.23 | AT&T Inc | $1,000 or less | Gain | None | Cash Market | | | |
| 5.23.1 | AT&T Inc | | | | | Purchased | 05/01/2019 | $15,000 or less |
| 5.23.2 | AT&T Inc | | | | | Purchased | 06/05/2019 | $15,000 or less |
| 5.23.3 | AT&T Inc | | | | | Sold | 06/13/2019 | $15,000 or less |
| 5.24 | Verizon Communications Inc | None | Rent | None | Cash Market | | | |
| 5.24.1 | Verizon Communications Inc | | | | | Purchased | 05/01/2019 | $15,000 or less |
| 5.24.2 | Verizon Communications Inc | | | | | Purchased | 06/04/2019 | $15,000 or less |
| 5.24.3 | Verizon Communications Inc | | | | | Purchased | 06/10/2019 | $15,000 or less |
| 5.24.4 | Verizon Communications Inc | | | | | Purchased | 06/20/2019 | $15,000 or less |
| 5.24.5 | Verizon Communications Inc | | | | | Purchased | 07/17/2019 | $15,000 or less |
| 5.24.6 | Verizon Communications Inc | | | | | Sold | 08/06/2019 | $15,001 - $50,000 |
| 5.25 | Lucky Brand | $1,000 or less | Gain | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.25.1 | Lucky Brand | | | | | Purchased | 06/10/2019 | $15,000 or less |
| 5.25.2 | Lucky Brand | | | | | Purchased | 06/18/2019 | $15,000 or less |
| 5.25.3 | Lucky Brand | | | | | Purchased | 06/24/2019 | $15,000 or less |
| 5.25.4 | Lucky Brand | | | | | Sold | 07/12/2019 | $15,000 or less |
| 5.26 | Regions Financial Corp | $1,000 or less | Gain | None | Cash Market | | | |
| 5.26.1 | Regions Financial Corp | | | | | Purchased | 06/11/2019 | $15,000 or less |
| 5.26.2 | Regions Financial Corp | | | | | Purchased | 06/24/2019 | $15,000 or less |
| 5.26.3 | Regions Financial Corp | | | | | Sold | 07/23/2019 | $15,000 or less |
| 5.26.4 | Regions Financial Corp | | | | | Purchased | 08/07/2019 | $15,000 or less |
| 5.26.5 | Regions Financial Corp | | | | | Sold | 08/28/2019 | $15,000 or less |
| 5.27 | Pacific Premier Bancorp Inc | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 5.27.1 | Pacific Premier Bancorp Inc | | | | | Purchased | 07/11/2019 | $15,000 or less |
| 5.27.2 | Pacific Premier Bancorp Inc | | | | | Purchased | 07/16/2019 | $15,000 or less |
| 5.27.3 | Pacific Premier Bancorp Inc | | | | | Purchased | 08/06/2019 | $15,000 or less |
| 5.27.4 | Pacific Premier Bancorp Inc | | | | | Purchased | 09/13/2019 | $15,000 or less |
| 5.27.5 | Pacific Premier Bancorp Inc | | | | | Purchased | 12/02/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.28 | Nokia Corp | None | None | None | Cash Market | | | |
| 5.28.1 | Nokia Corp | | | | | Purchased | 08/07/2019 | $15,000 or less |
| 5.28.2 | Nokia Corp | | | | | Sold | 11/08/2019 | $15,000 or less |
| 5.28.3 | Nokia Corp | | | | | Sold | 11/12/2019 | $15,000 or less |
| 5.29 | American Cumo Mining Ltd | None | None | None | Cash Market | | | |
| 5.29.1 | American Cumo Mining Ltd | | | | | Purchased | 08/07/2019 | $15,000 or less |
| 5.29.2 | American Cumo Mining Ltd | | | | | Purchased | 08/15/2019 | $15,000 or less |
| 5.29.3 | American Cumo Mining Ltd | | | | | Sold | 11/19/2019 | $15,000 or less |
| 5.29.4 | American Cumo Mining Ltd | | | | | Sold | 11/22/2019 | $15,000 or less |
| 5.30 | Lockheed Martin Corp | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 5.30.1 | Lockheed Martin Corp | | | | | Purchased | 08/07/2019 | $15,001 - $50,000 |
| 5.30.2 | Lockheed Martin Corp | | | | | Sold | 08/28/2019 | $15,001 - $50,000 |
| 5.30.3 | Lockheed Martin Corp | | | | | Purchased | 09/19/2019 | $15,001 - $50,000 |
| 5.30.4 | Lockheed Martin Corp | | | | | Sold | 11/06/2019 | $15,001 - $50,000 |
| 5.30.5 | Lockheed Martin Corp | | | | | Purchased | 12/30/2019 | $15,001 - $50,000 |
| 5.31 | Skyworks Solution | None | None | None | Cash Market | | | |
| 5.31.1 | Skyworks Solution | | | | | Purchased | 08/08/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 5.31.2 | Skyworks Solution | | | | | Sold | 08/26/2019 | $15,000 or less |
| 5.32 | Under Armor | None | None | $15,001 - $50,000 | Cash Market | | | |
| 5.32.1 | Under Armor | | | | | Purchased | 11/29/2019 | $15,000 or less |
| 5.32.2 | Under Armor | | | | | Purchased | 12/02/2019 | $15,000 or less |
| 5.32.3 | Under Armor | | | | | Purchased | 12/11/2019 | $15,000 or less |
| 5.32.4 | Under Armor | | | | | Purchased | 12/17/2019 | $15,000 or less |
| 5.32.5 | Under Armor | | | | | Purchased | 12/18/2019 | $15,000 or less |
| 5.33 | Abiomed Inc | None | None | None | Cash Market | | | |
| 5.33.1 | Abiomed Inc | | | | | Purchased | 12/10/2019 | $15,001 - $50,000 |
| 5.33.2 | Abiomed Inc | | | | | Sold | 12/26/2019 | $15,001 - $50,000 |
| 5.34 | Lululemon Athletica Inc | None | None | $15,001 - $50,000 | Cash Market | | | |
| 5.34.1 | Lululemon Athletica Inc | | | | | Purchased | 12/12/2019 | $15,001 - $50,000 |
| 6 | AmeriTrade Brokerage Account - 2  (H) 3 | | | | | | | |
| 6.1 | Sweep account- TD Bank | $1,001 - $2,500 | Interest | $15,000 or less | Cash Market | | | |
| 6.2 | Alibaba Group Holding | None | None | $15,001 - $50,000 | Cash Market | | | |
| 6.2.1 | Alibaba Group Holding | | | | | Purchased | 02/14/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 6.2.2 | Alibaba Group Holding | | | | | Purchased | 08/27/2019 | $15,000 or less |
| 6.3 | General Electric Co | $1,000 or less | Gain | None | Cash Market | | | |
| 6.3.1 | General Electric Co | | | | | Purchased | 01/18/2019 | $15,000 or less |
| 6.3.2 | General Electric Co | | | | | Purchased | 01/31/2019 | $15,000 or less |
| 6.3.3 | General Electric Co | | | | | Sold | 03/15/2019 | $15,000 or less |
| 6.4 | BYZN Digital Inc | None | None | None | Cash Market | | | |
| 6.4.1 | BYZN Digital Inc | | | | | Purchased | 02/14/2019 | $15,000 or less |
| 6.4.2 | BYZN Digital Inc | | | | | Sold | 03/18/2019 | $15,000 or less |
| 6.5 | Westinghouse Air Break Technology Corp | $1,000 or less | Gain | None | Cash Market | | | |
| 6.5.1 | Westinghouse Air Break Technology Corp | | | | | Sold | 03/04/2019 | $15,000 or less |
| 6.6 | American Airline Group | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 6.6.1 | American Airline Group | | | | | Sold | 03/04/2019 | $15,000 or less |
| 6.7 | Hanesbrand Inc | None | None | None | Cash Market | | | |
| 6.7.1 | Hanesbrand Inc | | | | | Purchased | 03/11/2019 | $15,000 or less |
| 6.7.2 | Hanesbrand Inc | | | | | Purchased | 03/13/2019 | $15,000 or less |
| 6.7.3 | Hanesbrand Inc | | | | | Sold | 03/15/2019 | $15,000 or less |
| 6.8 | KALA Pharmaceuticals Inc | None | None | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 6.8.1 | KALA Pharmaceuticals Inc | | | | | Purchased | 03/21/2019 | $15,000 or less |
| 6.8.2 | KALA Pharmaceuticals Inc | | | | | Sold | 05/06/2019 | $15,000 or less |
| 6.9 | Advanced Micro Devices Inc | $2,501 - $5,000 | Gain | None | Cash Market | | | |
| 6.9.1 | Advanced Micro Devices Inc | | | | | Purchased | 03/22/2019 | $15,000 or less |
| 6.9.2 | Advanced Micro Devices Inc | | | | | Purchased | 04/16/2019 | $15,000 or less |
| 6.9.3 | Advanced Micro Devices Inc | | | | | Purchased | 05/07/2019 | $15,000 or less |
| 6.9.4 | Advanced Micro Devices Inc | | | | | Sold | 06/07/2019 | $15,001 - $50,000 |
| 6.10 | Regions Financial Corp | $1,000 or less | Gain | None | Cash Market | | | |
| 6.10.1 | Regions Financial Corp | | | | | Purchased | 04/22/2019 | $15,000 or less |
| 6.10.2 | Regions Financial Corp | | | | | Sold | 04/26/2019 | $15,000 or less |
| 6.10.3 | Regions Financial Corp | | | | | Purchased | 06/13/2019 | $15,000 or less |
| 6.10.4 | Regions Financial Corp | | | | | Purchased | 06/24/2019 | $15,000 or less |
| 6.10.5 | Regions Financial Corp | | | | | Purchased | 07/22/2019 | $15,000 or less |
| 6.10.6 | Regions Financial Corp | | | | | Sold | 08/01/2019 | $15,000 or less |
| 6.11 | Annaly Capital Management | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 6.11.1 | Annaly Capital Management | | | | | Purchased | 06/04/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 6.11.2 | Annaly Capital Management | | | | | Purchased | 06/11/2019 | $15,000 or less |
| 6.11.3 | Annaly Capital Management | | | | | Purchased | 08/15/2019 | $15,000 or less |
| 6.11.4 | Annaly Capital Management | | | | | Purchased | 08/21/2019 | $15,000 or less |
| 6.11.5 | Annaly Capital Management | | | | | Sold | 12/05/2019 | $15,000 or less |
| 6.12 | General Mills Inc | None | None | None | Cash Market | | | |
| 6.12.1 | General Mills Inc | | | | | Purchased | 06/18/2019 | $15,000 or less |
| 6.12.2 | General Mills Inc | | | | | Sold | 08/07/2019 | $15,000 or less |
| 6.13 | Mylan NV | $1,000 or less | Gain | None | Cash Market | | | |
| 6.13.1 | Mylan NV | | | | | Purchased | 08/15/2019 | $15,000 or less |
| 6.13.2 | Mylan NV | | | | | Sold | 08/28/2019 | $15,000 or less |
| 6.14 | Fluor Corp | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 6.14.1 | Fluor Corp | | | | | Purchased | 08/20/2019 | $15,000 or less |
| 6.14.2 | Fluor Corp | | | | | Purchased | 08/21/2019 | $15,000 or less |
| 6.14.3 | Fluor Corp | | | | | Purchased | 08/26/2019 | $15,000 or less |
| 6.15 | Pacific Premier Bancorp Inc | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 6.15.1 | Pacific Premier Bancorp Inc | | | | | Purchased | 11/19/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7 | ETRADE Brokerage Account (H) - ETrasde Bank | | | | | | | |
| 7.1 | ETrade Bank | $2,501 - $5,000 | Interest | $100,001 - $250,000 | Cash Market | | | |
| 7.2 | Alibaba Group Holding Limited common stock BABA | $2,501 - $5,000 | Gain | $15,000 or less | Cash Market | | | |
| 7.2.1 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 01/10/2019 | $15,000 or less |
| 7.2.2 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 01/14/2019 | $15,000 or less |
| 7.2.3 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 01/15/2019 | $15,000 or less |
| 7.2.4 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 03/07/2019 | $15,000 or less |
| 7.2.5 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 03/08/2019 | $15,000 or less |
| 7.2.6 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 03/13/2019 | $15,000 or less |
| 7.2.7 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 04/01/2019 | $15,001 - $50,000 |
| 7.2.8 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 04/25/2019 | $15,001 - $50,000 |
| 7.2.9 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 05/10/2019 | $15,001 - $50,000 |
| 7.2.10 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 06/19/2019 | $15,000 or less |
| 7.2.11 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 07/01/2019 | $15,000 or less |
| 7.2.12 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 07/17/2019 | $15,001 - $50,000 |
| 7.2.13 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 09/04/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.2.14 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 09/09/2019 | $15,000 or less |
| 7.2.15 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 09/09/2019 | $15,000 or less |
| 7.2.16 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 09/11/2019 | $15,000 or less |
| 7.2.17 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 09/16/2019 | $15,000 or less |
| 7.2.18 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 11/04/2019 | $15,000 or less |
| 7.2.19 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 11/05/2019 | $15,000 or less |
| 7.2.20 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 11/06/2019 | $15,000 or less |
| 7.2.21 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 11/07/2019 | $15,000 or less |
| 7.2.22 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 11/07/2019 | $15,000 or less |
| 7.2.23 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 11/12/2019 | $15,000 or less |
| 7.2.24 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 11/12/2019 | $15,000 or less |
| 7.2.25 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 11/18/2019 | $15,000 or less |
| 7.2.26 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 11/18/2019 | $15,000 or less |
| 7.2.27 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 11/20/2019 | $15,000 or less |
| 7.2.28 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 11/26/2019 | $15,001 - $50,000 |
| 7.2.29 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 11/26/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.2.30 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 11/27/2019 | $15,000 or less |
| 7.2.31 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 11/27/2019 | $15,000 or less |
| 7.2.32 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 11/27/2019 | $15,000 or less |
| 7.2.33 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 12/05/2019 | $15,000 or less |
| 7.2.34 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 12/10/2019 | $15,000 or less |
| 7.2.35 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 12/10/2019 | $15,000 or less |
| 7.2.36 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 12/12/2019 | $15,000 or less |
| 7.2.37 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 12/16/2019 | $15,000 or less |
| 7.2.38 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 12/18/2019 | $15,000 or less |
| 7.2.39 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 12/18/2019 | $15,000 or less |
| 7.2.40 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 12/20/2019 | $15,000 or less |
| 7.2.41 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 12/20/2019 | $250,001 - $500,000 |
| 7.2.42 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 12/23/2019 | $15,000 or less |
| 7.2.43 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 12/26/2019 | $15,000 or less |
| 7.2.44 | Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 12/30/2019 | $15,000 or less |
| 7.2.45 | Alibaba Group Holding Limited common stock BABA | | | | | Sold | 06/03/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.3 | Annaly Capital Management Inc | $1,000 or less | Dividend, Gain | $15,000 or less | Cash Market | | | |
| 7.3.1 | Annaly Capital Management Inc | | | | | Sold | 02/13/2019 | $15,000 or less |
| 7.3.2 | Annaly Capital Management Inc | | | | | Sold | 02/20/2019 | $15,000 or less |
| 7.3.3 | Annaly Capital Management Inc | | | | | Sold | 03/04/2019 | $15,000 or less |
| 7.3.4 | Annaly Capital Management Inc | | | | | Sold | 03/04/2019 | $15,000 or less |
| 7.3.5 | Annaly Capital Management Inc | | | | | Sold | 03/15/2019 | $15,000 or less |
| 7.3.6 | Annaly Capital Management Inc | | | | | Sold | 04/09/2019 | $15,000 or less |
| 7.3.7 | Annaly Capital Management Inc | | | | | Purchased | 05/03/2019 | $15,000 or less |
| 7.3.8 | Annaly Capital Management Inc | | | | | Purchased | 05/06/2019 | $15,000 or less |
| 7.3.9 | Annaly Capital Management Inc | | | | | Purchased | 06/06/2019 | $15,000 or less |
| 7.3.10 | Annaly Capital Management Inc | | | | | Sold | 06/13/2019 | $15,000 or less |
| 7.3.11 | Annaly Capital Management Inc | | | | | Sold | 06/14/2019 | $15,000 or less |
| 7.3.12 | Annaly Capital Management Inc | | | | | Sold | 07/08/2019 | $15,000 or less |
| 7.3.13 | Annaly Capital Management Inc | | | | | Sold | 08/13/2019 | $15,000 or less |
| 7.3.14 | Annaly Capital Management Inc | | | | | Purchased | 09/13/2019 | $15,000 or less |
| 7.3.15 | Annaly Capital Management Inc | | | | | Sold | 12/09/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.3.16 | Annaly Capital Management Inc | | | | | Sold | 12/19/2019 | $15,000 or less |
| 7.4 | Amazon.com, Inc. - Common Stock | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 7.4.1 | Amazon.com, Inc. - Common Stock | | | | | Sold | 05/08/2019 | $15,001 - $50,000 |
| 7.5 | Kohl's Corp | None | None | None | Cash Market | | | |
| 7.5.1 | Kohl's Corp | | | | | Sold | 01/04/2019 | $15,000 or less |
| 7.5.2 | Kohl's Corp | | | | | Sold | 01/10/2019 | $15,000 or less |
| 7.5.3 | Kohl's Corp | | | | | Sold | 01/15/2019 | $15,000 or less |
| 7.6 | Honeywell Intl Inc | None | None | None | Cash Market | | | |
| 7.6.1 | Honeywell Intl Inc | | | | | Sold | 02/22/2019 | $15,000 or less |
| 7.6.2 | Honeywell Intl Inc | | | | | Sold | 07/26/2019 | $15,000 or less |
| 7.6.3 | Honeywell Intl Inc | | | | | Purchased | 08/01/2019 | $15,000 or less |
| 7.7 | General Electric Co | $1,000 or less | Gain | None | Cash Market | | | |
| 7.7.1 | General Electric Co | | | | | Purchased | 01/18/2019 | $15,000 or less |
| 7.7.2 | General Electric Co | | | | | Sold | 02/26/2019 | $15,000 or less |
| 7.8 | Regions Financial Corp | $1,000 or less | Gain | None | Cash Market | | | |
| 7.8.1 | Regions Financial Corp | | | | | Purchased | 01/18/2019 | $15,000 or less |
| 7.8.2 | Regions Financial Corp | | | | | Purchased | 01/25/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.8.3 | Regions Financial Corp | | | | | Sold | 02/28/2019 | $15,000 or less |
| 7.8.4 | Regions Financial Corp | | | | | Purchased | 03/08/2019 | $15,000 or less |
| 7.8.5 | Regions Financial Corp | | | | | Sold | 03/13/2019 | $15,000 or less |
| 7.8.6 | Regions Financial Corp | | | | | Sold | 03/15/2019 | $15,000 or less |
| 7.8.7 | Regions Financial Corp | | | | | Purchased | 03/27/2019 | $15,000 or less |
| 7.8.8 | Regions Financial Corp | | | | | Sold | 04/01/2019 | $15,000 or less |
| 7.8.9 | Regions Financial Corp | | | | | Purchased | 04/03/2019 | $15,000 or less |
| 7.8.10 | Regions Financial Corp | | | | | Purchased | 04/08/2019 | $15,000 or less |
| 7.8.11 | Regions Financial Corp | | | | | Sold | 04/08/2019 | $15,000 or less |
| 7.8.12 | Regions Financial Corp | | | | | Sold | 04/12/2019 | $15,000 or less |
| 7.8.13 | Regions Financial Corp | | | | | Sold | 06/04/2019 | $15,000 or less |
| 7.8.14 | Regions Financial Corp | | | | | Purchased | 06/07/2019 | $15,000 or less |
| 7.8.15 | Regions Financial Corp | | | | | Sold | 06/13/2019 | $15,000 or less |
| 7.8.16 | Regions Financial Corp | | | | | Sold | 06/14/2019 | $15,000 or less |
| 7.8.17 | Regions Financial Corp | | | | | Sold | 06/17/2019 | $15,000 or less |
| 7.8.18 | Regions Financial Corp | | | | | Sold | 06/24/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.8.19 | Regions Financial Corp | | | | | Purchased | 07/01/2019 | $15,000 or less |
| 7.8.20 | Regions Financial Corp | | | | | Purchased | 07/01/2019 | $15,000 or less |
| 7.8.21 | Regions Financial Corp | | | | | Sold | 07/15/2019 | $15,000 or less |
| 7.8.22 | Regions Financial Corp | | | | | Purchased | 07/16/2019 | $15,000 or less |
| 7.8.23 | Regions Financial Corp | | | | | Purchased | 07/17/2019 | $15,000 or less |
| 7.8.24 | Regions Financial Corp | | | | | Purchased | 07/23/2019 | $15,000 or less |
| 7.8.25 | Regions Financial Corp | | | | | Sold | 08/09/2019 | $15,000 or less |
| 7.8.26 | Regions Financial Corp | | | | | Sold | 08/09/2019 | $15,000 or less |
| 7.8.27 | Regions Financial Corp | | | | | Purchased | 08/13/2019 | $15,000 or less |
| 7.8.28 | Regions Financial Corp | | | | | Sold | 08/28/2019 | $15,000 or less |
| 7.8.29 | Regions Financial Corp | | | | | Sold | 09/04/2019 | $15,000 or less |
| 7.8.30 | Regions Financial Corp | | | | | Sold | 09/05/2019 | $15,000 or less |
| 7.8.31 | Regions Financial Corp | | | | | Sold | 09/06/2019 | $15,000 or less |
| 7.8.32 | Regions Financial Corp | | | | | Purchased | 04/26/2019 | $15,000 or less |
| 7.8.33 | Regions Financial Corp | | | | | Purchased | 08/07/2019 | $15,000 or less |
| 7.9 | Clovis Oncology, Inc. - Common Stock | None | None | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.9.1 | Clovis Oncology, Inc. - Common Stock | | | | | Purchased | 02/08/2019 | $15,000 or less |
| 7.9.2 | Clovis Oncology, Inc. - Common Stock | | | | | Sold | 03/28/2019 | $15,000 or less |
| 7.10 | General Mills Inc | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 7.10.1 | General Mills Inc | | | | | Purchased | 02/13/2019 | $15,000 or less |
| 7.10.2 | General Mills Inc | | | | | Sold | 02/28/2019 | $15,000 or less |
| 7.10.3 | General Mills Inc | | | | | Purchased | 05/28/2019 | $15,000 or less |
| 7.10.4 | General Mills Inc | | | | | Purchased | 05/28/2019 | $15,000 or less |
| 7.10.5 | General Mills Inc | | | | | Purchased | 05/28/2019 | $15,000 or less |
| 7.10.6 | General Mills Inc | | | | | Purchased | 05/28/2019 | $15,000 or less |
| 7.10.7 | General Mills Inc | | | | | Sold | 06/03/2019 | $15,000 or less |
| 7.10.8 | General Mills Inc | | | | | Sold | 06/03/2019 | $15,000 or less |
| 7.10.9 | General Mills Inc | | | | | Sold | 06/14/2019 | $15,000 or less |
| 7.10.10 | General Mills Inc | | | | | Sold | 06/20/2019 | $15,000 or less |
| 7.10.11 | General Mills Inc | | | | | Sold | 06/21/2019 | $15,000 or less |
| 7.11 | United Technologies Corp | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 7.11.1 | United Technologies Corp | | | | | Purchased | 03/04/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.11.2 | United Technologies Corp | | | | | Sold | 04/01/2019 | $15,000 or less |
| 7.12 | Advanced Micro Devices INC | $2,501 - $5,000 | Gain | $15,000 or less | Cash Market | | | |
| 7.12.1 | Advanced Micro Devices INC | | | | | Purchased | 03/07/2019 | $15,000 or less |
| 7.12.2 | Advanced Micro Devices INC | | | | | Sold | 03/12/2019 | $15,000 or less |
| 7.12.3 | Advanced Micro Devices INC | | | | | Purchased | 03/18/2019 | $15,000 or less |
| 7.12.4 | Advanced Micro Devices INC | | | | | Sold | 03/20/2019 | $15,000 or less |
| 7.12.5 | Advanced Micro Devices INC | | | | | Purchased | 03/27/2019 | $15,000 or less |
| 7.12.6 | Advanced Micro Devices INC | | | | | Sold | 04/01/2019 | $15,000 or less |
| 7.12.7 | Advanced Micro Devices INC | | | | | Purchased | 05/07/2019 | $15,000 or less |
| 7.12.8 | Advanced Micro Devices INC | | | | | Sold | 06/04/2019 | $15,000 or less |
| 7.12.9 | Advanced Micro Devices INC | | | | | Purchased | 06/17/2019 | $15,000 or less |
| 7.12.10 | Advanced Micro Devices INC | | | | | Sold | 06/18/2019 | $15,000 or less |
| 7.12.11 | Advanced Micro Devices INC | | | | | Purchased | 06/21/2019 | $15,000 or less |
| 7.12.12 | Advanced Micro Devices INC | | | | | Sold | 06/27/2019 | $15,000 or less |
| 7.12.13 | Advanced Micro Devices INC | | | | | Sold | 06/28/2019 | $15,000 or less |
| 7.12.14 | Advanced Micro Devices INC | | | | | Sold | 07/03/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.12.15 | Advanced Micro Devices INC | | | | | Purchased | 07/09/2019 | $15,000 or less |
| 7.12.16 | Advanced Micro Devices INC | | | | | Purchased | 07/11/2019 | $15,000 or less |
| 7.12.17 | Advanced Micro Devices INC | | | | | Sold | 07/31/2019 | $15,000 or less |
| 7.12.18 | Advanced Micro Devices INC | | | | | Sold | 08/06/2019 | $15,000 or less |
| 7.12.19 | Advanced Micro Devices INC | | | | | Purchased | 08/08/2019 | $15,000 or less |
| 7.12.20 | Advanced Micro Devices INC | | | | | Sold | 08/09/2019 | $15,001 - $50,000 |
| 7.12.21 | Advanced Micro Devices INC | | | | | Purchased | 08/12/2019 | $15,001 - $50,000 |
| 7.12.22 | Advanced Micro Devices INC | | | | | Sold | 11/29/2019 | $15,000 or less |
| 7.12.23 | Advanced Micro Devices INC | | | | | Purchased | 12/04/2019 | $15,000 or less |
| 7.12.24 | Advanced Micro Devices INC | | | | | Purchased | 12/05/2019 | $15,000 or less |
| 7.12.25 | Advanced Micro Devices INC | | | | | Sold | 12/11/2019 | $15,000 or less |
| 7.12.26 | Advanced Micro Devices INC | | | | | Purchased | 12/13/2019 | $15,000 or less |
| 7.12.27 | Advanced Micro Devices INC | | | | | Sold | 12/17/2019 | $15,000 or less |
| 7.12.28 | Advanced Micro Devices INC | | | | | Purchased | 12/20/2019 | $15,000 or less |
| 7.12.29 | Advanced Micro Devices INC | | | | | Sold | 12/20/2019 | $15,000 or less |
| 7.12.30 | Advanced Micro Devices INC | | | | | Purchased | 12/23/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.12.31 | Advanced Micro Devices INC | | | | | Sold | 12/26/2019 | $15,000 or less |
| 7.12.32 | Advanced Micro Devices INC | | | | | Purchased | 04/23/2019 | $15,000 or less |
| 7.13 | Johnson & Johnson | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 7.13.1 | Johnson & Johnson | | | | | Purchased | 03/08/2019 | $15,000 or less |
| 7.13.2 | Johnson & Johnson | | | | | Sold | 03/12/2019 | $15,000 or less |
| 7.13.3 | Johnson & Johnson | | | | | Sold | 03/12/2019 | $15,000 or less |
| 7.14 | NUGT | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 7.14.1 | NUGT | | | | | Purchased | 02/20/2019 | $15,000 or less |
| 7.14.2 | NUGT | | | | | Purchased | 03/07/2019 | $15,000 or less |
| 7.14.3 | NUGT | | | | | Sold | 03/12/2019 | $15,000 or less |
| 7.14.4 | NUGT | | | | | Sold | 03/13/2019 | $15,000 or less |
| 7.14.5 | NUGT | | | | | Purchased | 03/18/2019 | $15,000 or less |
| 7.14.6 | NUGT | | | | | Sold | 03/19/2019 | $15,000 or less |
| 7.14.7 | NUGT | | | | | Sold | 03/20/2019 | $15,000 or less |
| 7.14.8 | NUGT | | | | | Sold | 03/21/2019 | $15,000 or less |
| 7.14.9 | NUGT | | | | | Sold | 03/22/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.14.10 | NUGT | | | | | Purchased | 04/01/2019 | $15,000 or less |
| 7.14.11 | NUGT | | | | | Sold | 04/09/2019 | $15,000 or less |
| 7.14.12 | NUGT | | | | | Purchased | 04/16/2019 | $15,000 or less |
| 7.14.13 | NUGT | | | | | Sold | 04/17/2019 | $15,000 or less |
| 7.14.14 | NUGT | | | | | Purchased | 04/22/2019 | $15,000 or less |
| 7.14.15 | NUGT | | | | | Sold | 04/26/2019 | $15,000 or less |
| 7.14.16 | NUGT | | | | | Sold | 05/08/2019 | $15,000 or less |
| 7.14.17 | NUGT | | | | | Sold | 06/03/2019 | $15,000 or less |
| 7.14.18 | NUGT | | | | | Sold | 06/03/2019 | $15,000 or less |
| 7.14.19 | NUGT | | | | | Sold | 06/04/2019 | $15,000 or less |
| 7.14.20 | NUGT | | | | | Sold | 06/18/2019 | $15,000 or less |
| 7.14.21 | NUGT | | | | | Purchased | 06/20/2019 | $15,000 or less |
| 7.14.22 | NUGT | | | | | Purchased | 06/24/2019 | $15,000 or less |
| 7.14.23 | NUGT | | | | | Sold | 06/26/2019 | $15,000 or less |
| 7.14.24 | NUGT | | | | | Purchased | 06/27/2019 | $15,000 or less |
| 7.14.25 | NUGT | | | | | Sold | 07/01/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.14.26 | NUGT | | | | | Purchased | 07/05/2019 | $15,000 or less |
| 7.14.27 | NUGT | | | | | Purchased | 07/08/2019 | $15,001 - $50,000 |
| 7.14.28 | NUGT | | | | | Sold | 07/08/2019 | $15,001 - $50,000 |
| 7.14.29 | NUGT | | | | | Sold | 07/08/2019 | $15,001 - $50,000 |
| 7.14.30 | NUGT | | | | | Sold | 07/09/2019 | $15,000 or less |
| 7.14.31 | NUGT | | | | | Purchased | 07/10/2019 | $15,000 or less |
| 7.14.32 | NUGT | | | | | Sold | 07/11/2019 | $15,000 or less |
| 7.14.33 | NUGT | | | | | Purchased | 07/16/2019 | $15,000 or less |
| 7.14.34 | NUGT | | | | | Purchased | 07/16/2019 | $15,000 or less |
| 7.14.35 | NUGT | | | | | Purchased | 07/23/2019 | $15,001 - $50,000 |
| 7.14.36 | NUGT | | | | | Sold | 07/25/2019 | $15,001 - $50,000 |
| 7.14.37 | NUGT | | | | | Purchased | 07/26/2019 | $15,000 or less |
| 7.14.38 | NUGT | | | | | Sold | 08/02/2019 | $15,000 or less |
| 7.14.39 | NUGT | | | | | Purchased | 08/13/2019 | $15,000 or less |
| 7.14.40 | NUGT | | | | | Sold | 08/20/2019 | $15,000 or less |
| 7.14.41 | NUGT | | | | | Sold | 09/04/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.14.42 | NUGT | | | | | Sold | 09/05/2019 | $15,000 or less |
| 7.14.43 | NUGT | | | | | Purchased | 09/10/2019 | $15,000 or less |
| 7.14.44 | NUGT | | | | | Purchased | 09/11/2019 | $15,000 or less |
| 7.14.45 | NUGT | | | | | Purchased | 09/20/2019 | $15,000 or less |
| 7.14.46 | NUGT | | | | | Sold | 11/20/2019 | $15,000 or less |
| 7.14.47 | NUGT | | | | | Sold | 12/12/2019 | $15,000 or less |
| 7.14.48 | NUGT | | | | | Purchased | 12/17/2019 | $15,000 or less |
| 7.14.49 | NUGT | | | | | Purchased | 04/30/2019 | $15,000 or less |
| 7.14.50 | NUGT | | | | | Purchased | 11/26/2019 | $15,000 or less |
| 7.15 | Apple Inc. | $2,501 - $5,000 | Gain | None | Cash Market | | | |
| 7.15.1 | Apple Inc. | | | | | Purchased | 03/22/2019 | $15,000 or less |
| 7.15.2 | Apple Inc. | | | | | Sold | 04/08/2019 | $15,000 or less |
| 7.15.3 | Apple Inc. | | | | | Sold | 04/08/2019 | $15,000 or less |
| 7.15.4 | Apple Inc. | | | | | Purchased | 04/26/2019 | $15,001 - $50,000 |
| 7.15.5 | Apple Inc. | | | | | Sold | 04/29/2019 | $15,001 - $50,000 |
| 7.15.6 | Apple Inc. | | | | | Purchased | 06/20/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.15.7 | Apple Inc. | | | | | Sold | 07/01/2019 | $15,000 or less |
| 7.16 | Hanesbrands INC | $1,000 or less | Gain | $15,000 or less | Cash Market | | | |
| 7.16.1 | Hanesbrands INC | | | | | Purchased | 03/22/2019 | $15,000 or less |
| 7.16.2 | Hanesbrands INC | | | | | Sold | 03/29/2019 | $15,000 or less |
| 7.16.3 | Hanesbrands INC | | | | | Purchased | 08/15/2019 | $15,000 or less |
| 7.16.4 | Hanesbrands INC | | | | | Sold | 08/28/2019 | $15,000 or less |
| 7.16.5 | Hanesbrands INC | | | | | Sold | 12/19/2019 | $15,000 or less |
| 7.17 | BYZN Digital INC | None | None | None | Cash Market | | | |
| 7.17.1 | BYZN Digital INC | | | | | Purchased | 04/02/2019 | $15,000 or less |
| 7.17.2 | BYZN Digital INC | | | | | Purchased | 04/17/2019 | $15,000 or less |
| 7.17.3 | BYZN Digital INC | | | | | Sold | 06/24/2019 | $15,000 or less |
| 7.17.4 | BYZN Digital INC | | | | | Sold | 07/11/2019 | $15,000 or less |
| 7.17.5 | BYZN Digital INC | | | | | Sold | 07/12/2019 | $15,000 or less |
| 7.17.6 | BYZN Digital INC | | | | | Sold | 07/16/2019 | $15,000 or less |
| 7.17.7 | BYZN Digital INC | | | | | Sold | 12/26/2019 | $15,000 or less |
| 7.17.8 | BYZN Digital INC | | | | | Purchased | 03/22/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.18 | Southwest Airlines Co | None | None | None | Cash Market | | | |
| 7.18.1 | Southwest Airlines Co | | | | | Purchased | 04/12/2019 | $15,000 or less |
| 7.18.2 | Southwest Airlines Co | | | | | Purchased | 05/06/2019 | $15,000 or less |
| 7.18.3 | Southwest Airlines Co | | | | | Purchased | 05/07/2019 | $15,000 or less |
| 7.18.4 | Southwest Airlines Co | | | | | Sold | 06/05/2019 | $15,000 or less |
| 7.18.5 | Southwest Airlines Co | | | | | Sold | 06/05/2019 | $15,000 or less |
| 7.18.6 | Southwest Airlines Co | | | | | Sold | 06/05/2019 | $15,000 or less |
| 7.18.7 | Southwest Airlines Co | | | | | Purchased | 06/11/2019 | $15,000 or less |
| 7.18.8 | Southwest Airlines Co | | | | | Purchased | 06/11/2019 | $15,000 or less |
| 7.18.9 | Southwest Airlines Co | | | | | Purchased | 06/12/2019 | $15,000 or less |
| 7.18.10 | Southwest Airlines Co | | | | | Sold | 06/12/2019 | $15,000 or less |
| 7.18.11 | Southwest Airlines Co | | | | | Purchased | 06/18/2019 | $15,000 or less |
| 7.18.12 | Southwest Airlines Co | | | | | Sold | 06/18/2019 | $15,000 or less |
| 7.18.13 | Southwest Airlines Co | | | | | Sold | 06/20/2019 | $15,000 or less |
| 7.18.14 | Southwest Airlines Co | | | | | Sold | 07/05/2019 | $15,000 or less |
| 7.19 | American Airlines Group, Inc. - Common Stock | None | None | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.19.1 | American Airlines Group, Inc. - Common Stock | | | | | Purchased | 04/12/2019 | $15,000 or less |
| 7.19.2 | American Airlines Group, Inc. - Common Stock | | | | | Sold | 04/29/2019 | $15,000 or less |
| 7.19.3 | American Airlines Group, Inc. - Common Stock | | | | | Sold | 05/06/2019 | $15,000 or less |
| 7.20 | QUALCOMM Incorporated - Common Stock | $2,501 - $5,000 | Gain | None | Cash Market | | | |
| 7.20.1 | QUALCOMM Incorporated - Common Stock | | | | | Purchased | 04/23/2019 | $15,000 or less |
| 7.20.2 | QUALCOMM Incorporated - Common Stock | | | | | Purchased | 04/23/2019 | $15,000 or less |
| 7.20.3 | QUALCOMM Incorporated - Common Stock | | | | | Sold | 04/29/2019 | $15,000 or less |
| 7.20.4 | QUALCOMM Incorporated - Common Stock | | | | | Sold | 04/29/2019 | $15,000 or less |
| 7.20.5 | QUALCOMM Incorporated - Common Stock | | | | | Purchased | 07/08/2019 | $15,000 or less |
| 7.20.6 | QUALCOMM Incorporated - Common Stock | | | | | Sold | 07/10/2019 | $15,000 or less |
| 7.20.7 | QUALCOMM Incorporated - Common Stock | | | | | Purchased | 07/15/2019 | $15,000 or less |
| 7.20.8 | QUALCOMM Incorporated - Common Stock | | | | | Sold | 08/08/2019 | $15,000 or less |
| 7.20.9 | QUALCOMM Incorporated - Common Stock | | | | | Purchased | 08/12/2019 | $15,000 or less |
| 7.20.10 | QUALCOMM Incorporated - Common Stock | | | | | Sold | 08/28/2019 | $15,000 or less |
| 7.20.11 | QUALCOMM Incorporated - Common Stock | | | | | Sold | 07/05/2019 | $15,000 or less |
| 7.20.12 | QUALCOMM Incorporated - Common Stock | | | | | Purchased | 08/07/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.21 | Garrett Motion INC | None | None | None | Cash Market | | | |
| 7.21.1 | Garrett Motion INC | | | | | Purchased | 04/26/2019 | $15,000 or less |
| 7.21.2 | Garrett Motion INC | | | | | Purchased | 04/30/2019 | $15,000 or less |
| 7.21.3 | Garrett Motion INC | | | | | Purchased | 05/07/2019 | $15,000 or less |
| 7.21.4 | Garrett Motion INC | | | | | Sold | 05/28/2019 | $15,000 or less |
| 7.22 | Verizon Communications Inc | None | None | None | Cash Market | | | |
| 7.22.1 | Verizon Communications Inc | | | | | Purchased | 06/10/2019 | $15,000 or less |
| 7.22.2 | Verizon Communications Inc | | | | | Sold | 06/14/2019 | $15,000 or less |
| 7.22.3 | Verizon Communications Inc | | | | | Sold | 06/18/2019 | $15,000 or less |
| 7.22.4 | Verizon Communications Inc | | | | | Purchased | 06/20/2019 | $15,000 or less |
| 7.22.5 | Verizon Communications Inc | | | | | Sold | 08/14/2019 | $15,000 or less |
| 7.23 | Fluor Corp | $1,000 or less | Gain | None | Cash Market | | | |
| 7.23.1 | Fluor Corp | | | | | Purchased | 06/11/2019 | $15,000 or less |
| 7.23.2 | Fluor Corp | | | | | Sold | 06/20/2019 | $15,000 or less |
| 7.23.3 | Fluor Corp | | | | | Sold | 06/21/2019 | $15,000 or less |
| 7.23.4 | Fluor Corp | | | | | Purchased | 08/20/2019 | $15,000 or less |
| 7.23.5 | Fluor Corp | | | | | Purchased | 08/26/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.23.6 | Fluor Corp | | | | | Sold | 08/26/2019 | $15,000 or less |
| 7.23.7 | Fluor Corp | | | | | Sold | 11/06/2019 | $15,001 - $50,000 |
| 7.23.8 | Fluor Corp | | | | | Sold | 11/20/2019 | $15,000 or less |
| 7.23.9 | Fluor Corp | | | | | Purchased | 11/21/2019 | $15,000 or less |
| 7.24 | Foot Locker Inc | None | None | None | Cash Market | | | |
| 7.24.1 | Foot Locker Inc | | | | | Purchased | 06/18/2019 | $15,000 or less |
| 7.24.2 | Foot Locker Inc | | | | | Sold | 07/16/2019 | $15,000 or less |
| 7.25 | L Brand Inc | None | None | None | Cash Market | | | |
| 7.25.1 | L Brand Inc | | | | | Sold | 07/09/2019 | $15,000 or less |
| 7.25.2 | L Brand Inc | | | | | Purchased | 07/11/2019 | $15,000 or less |
| 7.25.3 | L Brand Inc | | | | | Purchased | 07/12/2019 | $15,000 or less |
| 7.26 | Facebook, Inc. - Class A Common Stock | None | Royalty | None | Cash Market | | | |
| 7.26.1 | Facebook, Inc. - Class A Common Stock | | | | | Purchased | 07/25/2019 | $15,000 or less |
| 7.26.2 | Facebook, Inc. - Class A Common Stock | | | | | Sold | 08/09/2019 | $15,000 or less |
| 7.27 | Mylan N V | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| 7.27.1 | Mylan N V | | | | | Purchased | 08/06/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.27.2 | Mylan N V | | | | | Sold | 08/08/2019 | $15,000 or less |
| 7.27.3 | Mylan N V | | | | | Sold | 08/09/2019 | $15,000 or less |
| 7.27.4 | Mylan N V | | | | | Sold | 08/09/2019 | $15,000 or less |
| 7.27.5 | Mylan N V | | | | | Purchased | 08/15/2019 | $15,000 or less |
| 7.27.6 | Mylan N V | | | | | Sold | 11/18/2019 | $15,000 or less |
| 7.28 | Nokia Corp | None | None | None | Cash Market | | | |
| 7.28.1 | Nokia Corp | | | | | Purchased | 08/07/2019 | $15,000 or less |
| 7.28.2 | Nokia Corp | | | | | Sold | 08/09/2019 | $15,000 or less |
| 7.28.3 | Nokia Corp | | | | | Sold | 08/13/2019 | $15,000 or less |
| 7.28.4 | Nokia Corp | | | | | Purchased | 08/15/2019 | $15,000 or less |
| 7.28.5 | Nokia Corp | | | | | Sold | 08/19/2019 | $15,000 or less |
| 7.28.6 | Nokia Corp | | | | | Sold | 08/21/2019 | $15,000 or less |
| 7.28.7 | Nokia Corp | | | | | Sold | 11/05/2019 | $15,000 or less |
| 7.28.8 | Nokia Corp | | | | | Sold | 11/05/2019 | $15,000 or less |
| 7.29 | Skyworks Solution Inc | None | None | None | Cash Market | | | |
| 7.29.1 | Skyworks Solution Inc | | | | | Purchased | 08/08/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.29.2 | Skyworks Solution Inc | | | | | Sold | 08/28/2019 | $15,000 or less |
| 7.30 | Enphase Energy, Inc. - Common Stock | None | None | None | Cash Market | | | |
| 7.30.1 | Enphase Energy, Inc. - Common Stock | | | | | Sold | 08/27/2019 | $15,000 or less |
| 7.30.2 | Enphase Energy, Inc. - Common Stock | | | | | Purchased | 09/04/2019 | $15,000 or less |
| 7.30.3 | Enphase Energy, Inc. - Common Stock | | | | | Purchased | 09/09/2019 | $15,000 or less |
| 7.30.4 | Enphase Energy, Inc. - Common Stock | | | | | Sold | 11/07/2019 | $15,000 or less |
| 7.31 | Under Armor | None | None | None | Cash Market | | | |
| 7.31.1 | Under Armor | | | | | Purchased | 09/16/2019 | $15,000 or less |
| 7.31.2 | Under Armor | | | | | Purchased | 09/16/2019 | $15,000 or less |
| 7.31.3 | Under Armor | | | | | Sold | 09/20/2019 | $15,000 or less |
| 7.31.4 | Under Armor | | | | | Sold | 10/04/2019 | $15,000 or less |
| 7.31.5 | Under Armor | | | | | Sold | 10/08/2019 | $15,000 or less |
| 7.31.6 | Under Armor | | | | | Sold | 11/05/2019 | $15,000 or less |
| 7.31.7 | Under Armor | | | | | Purchased | 11/07/2019 | $15,000 or less |
| 7.32 | Ball Corp | $1,000 or less | Gain | None | Cash Market | | | |
| 7.32.1 | Ball Corp | | | | | Purchased | 09/23/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.32.2 | Ball Corp | | | | | Purchased | 09/23/2019 | $15,000 or less |
| 7.32.3 | Ball Corp | | | | | Sold | 10/04/2019 | $15,000 or less |
| 7.32.4 | Ball Corp | | | | | Sold | 10/04/2019 | $15,000 or less |
| 8 | Trust- - -  (H) | | | | | | | |
| 8.1 | --Wells Fargo- aggregate | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| 8.1.1 | --Wells Fargo- aggregate | | | | | Distributed | 06/15/2019 | $100,001 - $250,000 |
| 8.2 | --Parcel 6- San Diego, CA | $15,001 - $50,000 | Rent | $250,001 - $500,000 | Estimated | | | |
| 9 | Chase Bank-Aggregate | $1,000 or less | Interest | $250,001 - $500,000 | Cash Market | | | |
| 10 | Bank of America-Aggregate | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 11 | San Diego County Credit Union-Aggregate | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |
| 12 | Valic | | | | | | | |
| 12.1 | Valic-Fixed Account Plus | None | None | $15,000 or less | Cash Market | | | |
| 12.2 | Valic-Midcap Strat | None | None | $15,001 - $50,000 | Cash Market | | | |
| 12.3 | Valic-Small Cap Special Value-Evergreen/Putnam | None | None | $15,001 - $50,000 | Cash Market | | | |
| 12.4 | AIG Valic-Mid Cap Fund (Wellingon) | None | None | $15,001 - $50,000 | Cash Market | | | |
| 12.5 | Valic International Small Cap Equity/AIG | None | Rent | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 13 | California State Employee 401K-Savings Plus Mid Cap Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

## Additional Information or Explanation